# UNITED STATES COURT OF INTERNATIONAL TRADE

_____x
                                        :
NAM PHUONG SEAFOOD CO., LTD.            :
AND NTACO CORPORATION                   :
                                        :
                                        :     **SUMMONS**
                          Plaintiffs,   :     Court No. 15-00205
                                        :
              v.                        :
                                        :
UNITED STATES,                          :
                                        :
                          Defendant.    :
_____x

To:   The Attorney General of the United States
      and the United States Department of Commerce:

      PLEASE TAKE NOTICE that a civil action has been commenced pursuant to 28 U.S.C. §1581(c) to contest the determination described below.


                              /s/ Tina Potuto Kimble_____
                              Clerk of the Court
_____

1.    <u>Name and standing of plaintiffs:</u>

      Plaintiffs Nam Phuong Seafood Co., Ltd. (''Nam Phuong'') and NTACO Corporation (''NTACO'') are Vietnamese producers/exporters of Certain Frozen Fish Fillets from the Socialist Republic of Vietnam. Plaintiffs' exports were the subject of the Department of Commerce's antidumping duty new shipper review, the final results of which were published in <u>Certain Frozen Fish Fillets From the Socialist Republic of Vietnam: Rescission of Antidumping Duty New Shipper Reviews; 2013–2014</u>, 80 Fed. Reg. 36,970 (June 29, 2015), and accompanying Issues & Decision Memorandum. Plaintiffs are an interested party described in section 771(9)(A) of the Tariff Act of 1930, as amended, 19 U.S.C. § 1677(9)(A), and participated in the above-referenced proceeding. Plaintiff accordingly has standing to bring this action under 28 U.S.C. § 2631(c).

2.    <u>Brief description of the contested determination:</u>

      Plaintiff contests the final results of the U.S. Department of Commerce, International Trade Administration, in the antidumping duty new shipper review, published as <u>Certain Frozen</u>

<u>Fish Fillets From the Socialist Republic of Vietnam: Rescission of Antidumping Duty New Shipper Reviews; 2013–2014</u>, 80 Fed. Reg. 36,970 (June 29, 2015)., The antidumping duty proceeding was conducted pursuant to section 751 of the Tariff Act of 1930, as amended (19 U.S.C. §1675). This determination is contested pursuant to 19 U.S.C. §§ 1516a(a)(2)(A)(i), 1516a(a)(2)(B)(iii) and 28 U.S.C. §1581(c).

3.      <u>Effective date of the determination:</u>

The International Trade Administration of the U.S. Department of Commerce published the results of the new shipper review in the above-referenced case on June 29, 2015 (<u>see</u> 80 Fed. Reg. 36,970). The effective date is the date of publication.

4.      <u>Date of publication in the Federal Register of the contested determination</u>:

The contested final results were published in the Federal Register June 29, 2015 (<u>see</u> 80 Fed. Reg. 36,970)

Respectfully submitted,

<u>/s/ Bruce M. Mitchell</u>
Andrew B. Schroth
Ned H. Marshak
Dharmendra Choudhary
Kavita Mohan
Andrew T. Schutz

GRUNFELD, DESIDERIO, LEBOWITZ
SILVERMAN & KLESTADT LLP

399 Park Avenue, 25th Floor
New York, NY 10022
(212) 557-4000
        ***
1201 New York Ave., NW
Ste. 650
Washington, DC 20005
(202) 783-6881

Dated:  July 29, 2015

## SERVICE OF SUMMONS BY THE CLERK

If this action, described in 28 U.S.C. §1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, as amended, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served.

Barbara S. Williams, Esq.
Attorney-In-Charge
International Trade Field Office
Commercial Litigation Branch
**U.S. Department of Justice**
Room 346
26 Federal Plaza
New York, New York 10278

Jeanne E. Davidson, Esq.
Civil Division
Commercial Litigation Branch
**U.S. Department of Justice**
1100 L Street, NW
Washington, D C 20530

John D. McInerney, Esq.
Office of the Chief Counsel for
Import Administration
**U.S. Department of Commerce**
14th Street & Pennsylvania Ave., NW
Washington, D.C. 20230

9284418_1